**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 JUL 10  AM 9: 28

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____

(To be supplied by the court)

Christ ian garcia Best , Plaintiff

v.

_4300     Cherry creek_ ,

_Denver health Dept 80246._ ,

_____ ,

_____ , Defendant(s).

**Jury Trial requested:**
**(please check one)**
_✓ Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Christina Garcia Bester    5 W Las Vegas St 80246

(Name and complete mailing address)

(Telephone number and e-mail address)

## B.     DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Christina Garcia Bester. 5 W Las Vegas St 802Ck

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2: 

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3: 

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4: 

(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

____    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ___Colorado___.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ___Colorado___ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

Supporting facts: I woi had would like the Federal Judge to please order a fine the Health Department to Fine the 4330 Samaritan house M.S. Cat Williams and Victoria and For not complying with wearing gloves And exposing people to Hookworm, I have old pictures I've taken of People who I know who have shitted In the bathroom hookworm is exposed through feces poop. the lady who cleaned the bathroom failed to clean up the Poop Feces, poop has been left on seats a woman had hookworm Knows RFD Family and allied Health. I have been Exposed maybe shelter to my Kids Dads kids mom Sarah Lee mitchell has been exposed to po infectious disease parasite that takes years to Show up In the brain body intestine and buttocks, Maphine was given to Annette, a very kind lady. I ask the Judge to investigat the Denver health Dept For a Criminal Act of covering their Tracks by not Sending biosphere to clean feces up. I ask the Judge to till Crim Send a prosecuts to investigate. a Criminal Act as to of Denver health Deptarment unethically & covering up that the Toilets left with blood had not always been cleaned. Victoria I ask the Judge to award me re a small amount of restitution and to fine the Health Department or give Jail time.

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

$4,000

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Christina garcia Bersher*
_____
(Plaintiff's signature)

07/10/2024
_____
(Date)

(Revised February 2022)

5